UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PETER PIRTLE,

Plaintiff

v.

NURSE ROSA, *et al.,*

Defendants

Case No.  3:21-cv-00324-MMD-CLB

**ORDER**

I.      **DISCUSSION**

On July 27, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983.  (ECF No. 1-1).  Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **September 28, 2021**. Absent unusual circumstances, the Court will not grant any further extensions of

1  time.

2       If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis*

3  with all three required documents or pay the full $402 filing fee on or before **September**

4  **28, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new

5  case with the Court when Plaintiff is either able to acquire all three of the documents

6  needed to file a fully complete application to proceed *in forma pauperis* or pays the full

7  $402 filing fee.

8       A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

9  case with the Court, under a new case number, when Plaintiff has all three documents

10 needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff

11 may choose not to file an application to proceed *in forma pauperis* and instead pay the

12 full filing fee of $402 on or before **September 28, 2021** to proceed with this case.

13      The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court

14 will not file the complaint unless and until Plaintiff timely files a fully complete application

15 to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

16 **II.    CONCLUSION**

17      For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send

18 Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well

19 as the document entitled information and instructions for filing an *in forma pauperis*

20 application.

21      IT IS FURTHER ORDERED that on or before **September 28, 2021**, Plaintiff will

22 either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and

23 the $52 administrative fee) or file with the Court:

24      (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

25      Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

26      signatures on page 3),

27      (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

28      official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **September 28, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED:   July 30, 2021

UNITED STATES MAGISTRATE JUDGE