# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER PIRTLE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NURSE ROSA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:21-cv-0324-MMD-CLB<br><br>**ORDER SETTING BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[ECF No. 5] |

Plaintiff Peter Pirtle ("Pirtle") has filed a motion for preliminary injunction. (ECF No. 5.) Pirtle's complaint contains allegations related to his diabetes and required insulin injections and has been properly screened pursuant to 28 U.S.C. 1915(a). ECF No. 10.) Plaintiff complaint will proceed on Count 1 alleging Eighth Amendment deliberate indifference to serious medical needs and the portion of Count 3 alleging violations of Nevada Constitution Article 1, § 6. (*Id.*)

Defendants shall file an opposition to Pirtle's motion for preliminary injunction on or before **Friday, September 17, 2021**. Pirtle shall have until **September 24, 2021,** to file a reply. A telephonic hearing on Pirle's motion for preliminary injunction, (ECF No. 5), is set for **Wednesday, September 29, 2021**, at **9:00 a.m.**, before United States Magistrate Judge Carla Baldwin. The Attorney General's Office shall make the necessary arrangements for Pirtle's telephonic appearance and shall provide the Deputy Court Clerk with the telephone number at which Pirtle can be reached for this hearing. The Deputy Attorney General assigned to this case shall dial **877-336-1829** to be properly connected into the courtroom. The access code is **2809752** and the security code is **21324**.

**DATED**: August 27, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**