AARON D. FORD
  Attorney General
DAWN R. JENSEN (Bar No. 10933)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendants
Michael Minev and Rosa Lopez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PETER PIRTLE, | Case No. 3:21-cv-00324-MMD-CLB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NURSE ROSA, *et al.*, | |
| Defendants. | |

It is stipulated and agreed to under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, by and between Plaintiff Peter Pirtle, *pro se*, and Defendants, Michael Minev and Rosa Lopez, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, that the above-caption matter has been resolved.

///
///
///
///
///
///

The Parties request that the above-captioned matter be dismissed with prejudice, each party will bear their own attorneys' fees and costs, and that the Court may accordingly close the case.

DATED: Dec 17th, 2021

By: [signature]
PETER PIRTLE
*Plaintiff, Pro Se*

DATED: December 20, 2021

By: /s/ Dawn R. Jensen
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General
*Attorney for Defendants*

## ORDER

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

[signature]
UNITED STATES DISTRICT JUDGE

DATED: THIS 21st Day of December 2021.